UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMANTHA LATRAILLE, | Civil No. 17-4210 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES GOVERNMENT and SEMONE WATSON, | |
| Defendants. | |

Samantha Latraille, 1045 Margaret Street, St. Paul, MN 55106, *pro se* plaintiff.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated October 19, 2017 (Docket No. 3), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE.**

2. The application to proceed *in forma pauperis* of plaintiff Samantha Latraille (Docket No. 2) is **DENIED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: November 14, 2017
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court